UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2012
JUNE 12, 2012 SESSION



FILED
JUN 12 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:12-00136

JACK E. GRAVENMIER

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(2)

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

Between 2002 and on or about February 1, 2003, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant JACK E. GRAVENMIER did knowingly employ, use, persuade, induce, entice, and coerce minors, that is, C.A., K.W., and T.W., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

COUNT TWO

Between 2002 and on or about February 1, 2003, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant JACK E. GRAVENMIER did knowingly employ, use, persuade, induce, entice, and coerce minors, that is C.A. and K.W., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE

On or about February 11, 2012, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JACK E. GRAVENMIER did knowingly possess material, that is, computer graphic image files, containing hundreds of images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**<u>FORFEITURE RELATING TO CHILD PORNOGRAPHY OFFENSES</u>**

In accordance with 18 U.S.C. § 2253(a), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of the defendant JACK E. GRAVENMIER of one or more violations of Chapter 110, Title 18, United States Code, Sections 2251 <u>et</u> <u>seq.</u>, as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes and other matter which contains such visual depictions, which were produced, transported, mailed, shipped or received in connection with the violations set forth in this indictment; any real and personal property constituting or traceable to gross profits and other proceeds obtained from the violations set forth in this indictment; and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment including, but not limited to, the following:

1. Real property having a street address of 833 Beaumont Road, Charleston, Kanawha County, West Virginia, together with all improvements thereon and appurtenances thereto, and being more particularly described in that certain deed dated February 27, 1963, and recorded in the Office of Clerk of the County Commission for Kanawha County, West Virginia, in Deed Book 1378

at 631. Said property is titled in the name of the defendant JACK E. GRAVENMIER; and

2. One 1995 Ford Cutaway Van E350, off-white in color, VIN 1FDKE30G6RHB96366, titled with the West Virginia Division of Motor Vehicles in the name of the defendant JACK E. GRAVENMIER.

R. BOOTH GOODWIN II
United States Attorney

By: _____
LISA G. JOHNSTON
Assistant United States Attorney